Woodford County National Bank of El Paso, a National Banking Corporation, Plaintiff-Appellee, v. Fred Kurtz, Defendant-Appellant.

Gen. No. 10,878.

Fourth District.

November 1, 1967.

Allen & Korkowski, of Rantoul (John E. Gambill, of counsel), for appellant; Dunn, Dunn, Brady, Goebel, Ulbrich & Hayes, of Bloomington (Merrick Hayes, of counsel), for appellee. Opinion by PRESIDING JUSTICE CRAVEN. Not to be published in full.